United States District Court for the District of Maryland

Juan Carrero-Vasquez
#358-107
(Plaintiff)

v.

(see attachment A)
Defendants et. al

\* Case No. RDB-13-996

FILED ENTERED
LODGED RECEIVED

APR 03 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## Motion for Physical Examination

Pursuant to Fed. Rule. Civ. Proc 35 Plaintiff herein request this Court for a physical examination by an Orthopedic who does not hold contract with DPSCS, CMS, Wexford.

Plaintiff has been informed by Nurse Practitioner that he was experiencing "freeze shoulder" and once 'frozen' the orthopedic cannot conduct surgery.

Plaintiff is severely suffering from sharp shrinking, twitching, cramping, stiffness, tightness, harden up, locking up, pressure, inflammation, shredded, stabbing, shooting, pulsing, tingling, pinprick stinging, burning, abnormal body temperatures, pulling as not in mint condition makes grating sound. See Diagram (attachment E)

Medical dept. is well aware of such condition but with deliberate indifference intentionally denying plaintiff to see an especialist that will be able to tell them there is something that needs to be done.

Respectfully submitted
x_____
Juan Carrero-Vasquez
358-107 NBCI
14100 McMullen Highway, SW
Cumberland, MD 21502

3/28/13
Date